U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 2 7 2018

CLERK, U.S. DISTRICT COURT
By_____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | NO. 4:17-CR-215-A |
| | § | |
| JESSICA LEANNE BRIDGES, ET AL. | § | |

ORDER ACCEPTING
REPORT AND RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE
AND ADJUDGING SPRAGUE GUILTY

After reviewing all relevant matters of record, including the Consent to Administration of Guilty Plea and Allocution by United States Magistrate Judge signed by defendant JUSTIN EUGENE SPRAGUE ("Sprague") on December 19, 2017, and the Report of Action and Recommendation on Plea Before United States Magistrate Judge, and no objections thereto having been filed by Sprague, as contemplated by 28 U.S.C. § 636(b)(1), the undersigned district judge concludes that the report and recommendation signed on December 19, 2017, by the magistrate judge on plea of guilty is correct, and it is hereby accepted by the court. Accordingly,

The court finds that when Sprague pleaded guilty before the magistrate judge in the above-captioned case, he was fully competent and capable of entering an informed plea, and that his plea of guilty to the offense charged by Count Three of the Information filed on October 17, 2017, was a knowing and

voluntary plea supported by an independent basis in fact containing each of the essential elements of such offense and that such plea did not result from force, threats, or promises. His plea of guilty to such offense is therefore accepted and he is adjudged guilty of such offense.

Sprague's sentence will be imposed in accordance with the court's scheduling order for sentencing signed December 19, 2017, by the United States Magistrate Judge, as modified by order signed February 12, 2018, by the undersigned.

The court SO ORDERS.

SIGNED February 27, 2018.

_____
JOHN McBRYDE
United States District Judge